UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CURTIS SUMMIT,

                              Plaintiff,

                -v-

EQUINOX HOLDINGS, INC.,

                             Defendant.

20 Civ. 4905 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      At the initial pretrial conference held on December 3, 2020, the Court instructed the parties to submit a modified proposed case management plan that contemplated a shorter period of time to complete fact discovery by approximately four weeks.  The Court has not received the parties' proposal.  The parties are instructed to file forthwith a compliant proposed case management plan.

      SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      _____
                                                       PAUL A. ENGELMAYER
                                                       United States District Judge

Dated: December 14, 2020
        New York, New York