UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS SUMMIT,

        Plaintiff,

  -v-

EQUINOX HOLDINGS, INC.,

        Defendant.

20 Civ. 4905 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

A case management conference is presently scheduled for July 16, 2021 at 2 p.m. Due to the current public health crisis, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 8, 2021
   New York, New York