UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS SUMMIT,

Plaintiff,

-v-

EQUINOX HOLDINGS, INC.,

Defendant.

20 Civ. 4905 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At Friday's conference, the Court set the following schedule for defendant's anticipated motion for summary judgment:

- Joint statement of undisputed facts is due August 6, 2021;

- Defendant's motion for summary judgment is due September 3, 2021;

- Plaintiff's opposition is due October 1, 2021; and

- Defendant's reply is due October 15, 2021.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: July 19, 2021
New York, New York