UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CURTIS SUMMIT,

                     Plaintiff,

      -against-

EQUINOX HOLDINGS, INC.,

                     Defendant.

------------------------------------------------------------------X

Civ. No.: 20-cv-04905-PAE

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL BY KENNETH D. SOMMER, ESQ.**

      **PLEASE TAKE NOTICE** that upon the Declaration of Kenneth D. Sommer, attorney of record for Defendant EQUINOX HOLDINGS, INC., will move this Court before the Honorable Judge, Paul A. Engelmayer, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order granting Kenneth Sommer's Motion to Withdraw as counsel for Defendant.

Dated: New York, New York
       December 1, 2021

                                                      Respectfully submitted,

                                                      JACKSON LEWIS P.C.
                                                      666 Third Avenue
                                                      New York, New York 10017
                                                      (212)545-4000

                                   By:    s/Kenneth D. Sommer
                                                   Kenneth D. Sommer

                                                      *ATTORNEYS FOR DEFENDANT*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of December, 2021, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon all parties and participants in the case.

                                               s/Kenneth D. Sommer
                                               Kenneth D. Sommer