**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CURTIS SUMMIT,

                Plaintiff,

  -against-                                      20 **CIVIL** 4905 (PAE)

                                                            <u>**JUDGMENT**</u>

EQUINOX HOLDINGS, INC.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 21, 2022, the Court has granted Equinox's motion for summary judgment as to Summit's ADEA claims, and has declined to exercise supplemental jurisdiction over Summit's NYSHRL and NYCHRL claims. Summit's claims under the NYSHRL and NYCHRL are dismissed without prejudice to Summit's right to re-file and pursue them in state court; accordingly, the case is closed.

**Dated:**  New York, New York

       July 21, 2022

                                                             **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                               **BY:**     *K. Mango*
                                                              **Deputy Clerk**